No. 75–178. GANSCHOW v. GANSCHOW. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 75–5266. PAULEY v. MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.

No. 75–186. GODSY v. GODSY. Appeal from Ct. App. Mo., Kansas City District, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–5349. CORRADO ET UX. v. CITY OF PROVIDENCE ET AL. Appeal from Sup. Ct. R. I. dismissed for want of jurisdiction.

No. A–264 (75–471). COLLIS v. KENTUCKY BAR ASSN. Ct. App. Ky. Motion to vacate stay heretofore granted by MR. JUSTICE STEWART on September 25, 1975, denied.

No. A–296 (75–409). FINKBEINER, WARDEN v. MATTOX. Application for stay of mandate of the United States Court of Appeals for the Seventh Circuit, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. 74–851. SEEBER ET AL. v. ALABAMA ET AL. C. A. 5th Cir. Motion of respondents to consolidate this case with No. 74–220, Hancock v. Train [certiorari granted, 420 U. S. 971], denied.